## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Eastern  DISTRICT OF PENNSYLVANIA

IN RE: Vashti Smith-Foote

<u>Debtor</u>

CHAPTER 13

BKY. NO. 16-12383 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Nationstar Mortgage as Servicer, THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2005-R1   FHA/VA/RHS, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6405

Respectfully submitted,

**/s/Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406