# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-12383-AMC

VASHTI SMITH-FOOTE

2211 S. Woodstock Street

Philadelphia, PA 19145-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

VASHTI SMITH-FOOTE

2211 S. Woodstock Street

Philadelphia, PA 19145-

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, P.C.
    1528 WALNUT ST
    SUITE 1401
    PHILA, PA 19102-

                                  /S/ William C. Miller

Date: 8/4/2016                        _____

                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee