*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Vashti Smith−Foote
    Debtor(s)

Case No: 16−12383−amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for Debtor's Failure to Pay Second Installment Payment in the amount of $75.00 due June 3, 2016; Third Installment Payment in the amount of $75.00; and Final Installment Payment in the amount of $85.00 due August 3, 2016.

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 9/6/16

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: August 12, 2016

42
Form 175