United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 16-12383-amc
Vashti Smith-Foote                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: jch              Page 1 of 1             Date Rcvd: Aug 12, 2016
                               Form ID: 175            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2016.
db              +Vashti Smith-Foote,   2211 S. Woodstock Street,   Philadelphia, PA 19145-3510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   Nationstar Mortgage LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ERIK B. JENSEN    on behalf of Debtor Vashti  Smith-Foote john@erikjensenlaw.com,
           regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as
           Trustee for the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2005-R1
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                           TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Vashti Smith–Foote

    Debtor(s)

Case No: 16–12383–amc

Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for Debtor's Failure to Pay Second
Installment Payment in the amount
of $75.00 due June 3, 2016; Third
Installment Payment in the amount
of $75.00; and Final Installment
Payment in the amount of $85.00 due
August 3, 2016.

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 9/6/16

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: August 12, 2016