## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vashti Smith-Foote<br>　　　　　　　　Debtor | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2005-R1<br>　　　　　　　　Movant<br>vs. | NO. 16-12383 AMC |
| Vashti Smith-Foote<br>　　　　　　　　Debtor | 11 U.S.C. Sections 362 |
| William C. Miller Esq.<br>　　　　　　　　Trustee | |

### ORDER

AND NOW, this ____ day of _____, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 2211 S. Woodstock Street, Philadelphia, PA 19145 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge.

Vashti Smith-Foote
2211 S. Woodstock Street
Philadelphi, PA 19145

Erik B. Jensen Esq.
1528 Walnut Street (VIA ECF)
Suite 1401
Philadelphia, PA 19102

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532