United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-12383-amc
Vashti Smith-Foote                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP            Page 1 of 1          Date Rcvd: Sep 07, 2016
                       Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2016.
db             +Vashti Smith-Foote,    2211 S. Woodstock Street,    Philadelphia, PA 19145-3510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2016 at the address(es) listed below:
    ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    ERIK B. JENSEN    on behalf of Debtor Vashti  Smith-Foote john@erikjensenlaw.com,
     regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
    JOSHUA ISAAC GOLDMAN    on behalf of     THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as
     Trustee for the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2005-R1
     bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
     bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                   TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vashti Smith-Foote<br>          Debtor | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2005-R1<br>          Movant<br>vs.<br>Vashti Smith-Foote<br>          Debtor<br>William C. Miller Esq.<br>          Trustee | NO. 16-12383 AMC<br><br>11 U.S.C. Sections 362 |

### ORDER

AND NOW, this ____ day of _____, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 2211 S. Woodstock Street, Philadelphia, PA 19145 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge.

Vashti Smith-Foote
2211 S. Woodstock Street
Philadelphi, PA 19145

Erik B. Jensen Esq.
1528 Walnut Street (VIA ECF)
Suite 1401
Philadelphia, PA 19102

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532