United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 16-12383-amc
Vashti Smith-Foote                                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP                 Page 1 of 1              Date Rcvd: Sep 08, 2016
                              Form ID: pdf900             Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2016.
```
db           +Vashti Smith-Foote,    2211 S. Woodstock Street,    Philadelphia, PA 19145-3510
13708006      Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
13708007     +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
13708008     +Erik B. Jensen P.C.,    1528 Walnut Street, Suite1401,    Philadelphia, PA 19102-3610
13708009     +First National Collection,    390 Kirman Ave.,    Reno, NV 89502-1705
13708010      Phelan Hallinan Diamond and Jones, LLP,    One Penn Center,   1617 John F. Kennedy, Suite 1400,
              Philadelphia, PA  19103-1814
13744124     +THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW,    Nationstar Mortgage LLC,   P.O. Box 619096,
              Dallas, TX 75261-9096
13708011     +William Smith-Foote,    2211 S. Woodstock Street,    Philadelphia, PA 19145-3510
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Sep 09 2016 01:48:45     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2016 01:48:25
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2016 01:48:38     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13731022     +E-mail/Text: bankruptcygroup@peco-energy.com Sep 09 2016 01:48:19     PECO Energy Company,
              Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
                                                                                              TOTAL: 4
```

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ERIK B. JENSEN    on behalf of Debtor Vashti   Smith-Foote john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as
               Trustee for the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2005-R1
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                              :
                                                   :   Chapter   13
                                                   :

VASHI SMITH-FOOTE

   Debtor(s)

                                                   :   Bankruptcy No. 16-12383AMC

**ORDER**

AND NOW, to wit, this     6th     day of     September 2016     it is

1.*(XX)   ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( )   ORDERED that since we find that the debtor(s)' have failed to propose a plan, this case be, and the same hereby is, DISMISSED

3.*( )   ORDERED that sine we find that the debtor(s) have failed to file a feasible plan, this case be and the same hereby is, DISMISSED.

4.*( )   ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

5.*( )   ORDERED that since the debtor(s) have failed to prosecute this case or to file timely their required documents, this case be, and the same hereby is, DISMISSED, and within ten days of the entry of this order, debtor's counsel shall submit a master list of creditors and, as required by Bankruptcy Rule 2016 (b), an itemized statement of attorney's fees unless current versions of both these documents are on file with the Clerk.

6.*( )   ORDERED that since we find material failure to comply with the terms of a confirmed plan under 11 U.S.C. Sec. 1307 (c)(6) this case be, and the same hereby is, DISMISSED.

7*( )   ORDERED that since Debtor failed to file completed Documents and Pre-Petition Credit Counseling Certificate this case be and is hereby DISMISSED.

---
ASHELY M. CHAN
United States Bankruptcy Judge